```
                            United States Bankruptcy Court
                             Southern District of Indiana
In re:                                                       Case No. 07-00743-FJO
Sheldon Joseph Roberts                                       Chapter 13
Adina Ann Roberts
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0756-1          User: brgoesel              Page 1 of 2           Date Rcvd: Oct 03, 2011
                              Form ID: pdfPlan            Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2011.
 db/jdb      +Sheldon Joseph Roberts, Jr,    Adina Ann Roberts,    1404 Kimber Street,
               Greensburg, IN 47240-6429
 cr          +HSBC Mortgage Services, Inc.,    P.O. BOX 21188,    EAGAN, mn 55121-0188
 cr         ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates LLC,     P O BOX 41067,
               NORFOLK, VA 23541)
 cr          +PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
 cr           eCAST Settlement Corporation,    P.O. Box 7247-6971,    Philadelphia, PA 19170-6971
7399332      +America's Servicing Company,    P.O. Box 10388,    Des Moines, IA 50306-0388
7399333      +Annette R. Powers,    604 E. Central Avenue,    Greensburg, IN 47240-1805
7399334      +BOA MBNA,    PO Box 17054,    Wilmington, DE 19850-7054
7427381      +Bator, Redman, Bruner, Shive & Ludwig, P.C.,     151 N. Delaware St.,    Suite 1106,
               Indianapolis, IN 46204-2573
7399335     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,     PO Box 85520,    Richmond, VA 23285)
7423561     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,     c/o TSYS Debt Management,    PO Box 5155,
               Norcross, GA 30091)
7399336      +CBUSA/Sears,    PO Box 6189,    Sioux Falls, SD 57117-6189
7399350     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Washington Mutual/Providian,     PO Box 660509,    Dallas, TX 75266)
7399338     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial,     5225 Crooks Rd.,    Suite 140,   Troy, MI 48098)
7399337      +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
7399339     ++FIFTH THIRD BANK,     MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     Fifth Third Center,    Cincinnati, OH 45263)
7438880       Fifth Third Bank,    1850 E Paris SE - Bankruptcy Department,     Grand Rapids MI 49546,
               MD# ROPS05
7440752      +HSBC MORTGAGE SERVICES,    636 GRAND REGENCY BLVD.,    BRANDON, FL 33510-3942
7399345       HSBC Retail Services,    Dept. 7680,    Carol Stream, IL 60116-7680
7399346      +HSBC/Elder,    PO Box 15221,    Wilmington, DE 19850-5221
7399342      +Harris Bank,    PO Box 94034,    Palatine, IL 60094-4034
7577006     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     P O Box 21126,    Stop N781,
               Philadelphia, PA 19114)
7452959      +MBNA America c/o Client Services, Inc.,    3451 Harry Truman Blvd.,     Saint Charles, MO 63301-4047
7452960      +MBNA c/o Portfolio Recovery Associates,    POB 12914,    Norfolk, VA 23541-0914
7405238     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
7399347      +Real Time Resolution,    P.O. Box 36655,    Dallas, TX 75235-1655
7399348       Shell/Citi,    PO Box 6003,    Hagerstown, MD 21747
7399349       Sunoco/CBSD,    PO Box 6003,    Hagerstown, MD 21747
7421267      +Wells Fargo Financial Kentucky, Inc,    4137 121st st,    Urbandale, IA 50323-2310
7459809      +eCAST Settlement Corp,    Assignee of Household Bank,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
7504062       eCAST Settlement Corporation assignee of,    Bank of America/FIA Card Services,    formerly MBNA,
               POB 35480,    Newark NJ 07193-5480
7504108       eCAST Settlement Corporation assignee of,    GE Money Bank/PayPal Buyer Credit,    POB 35480,
               Newark NJ 07193-5480
7504200       eCAST Settlement Corporation assignee of,    GE Money Bank/Sams Club,    POB 35480,
               Newark NJ 07193-5480
7543765       eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 cr            E-mail/PDF: rmscedi@recoverycorp.com Oct 04 2011 00:56:15
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
7412308        E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2011 02:12:35     GE Consumer Finance,
               For GE Money Bank,    dba HHGREGG,    PO Box 960061,    Orlando FL 32896-0661
7399340       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2011 02:12:35     GEMB/PPBYCR,    PO Box 981064,
               El Paso, TX 79998-1064
7399341       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2011 02:12:34     GEMB/Sams Club,    PO Box 981400,
               El Paso, TX 79998-1400
7399343       +E-mail/Text: feiwellbk@feiwellhannoy.com Oct 04 2011 00:28:05     HSBC Bank (USA),
               C/o Feiwell & Hannoy, P.C.,    PO Box 44141, 251 N. Illinois St., 1700,
               Indianapolis, IN 46204-1944
7477917        E-mail/Text: resurgentbknotifications@resurgent.com Oct 04 2011 00:27:59
               LVNV Funding LLC its successors and assigns,     c/o Resurgent Capital Services,    PO Box 10587,
               Greenville, SC  29603-0587
```

```
District/off: 0756-1          User: brgoesel            Page 2 of 2             Date Rcvd: Oct 03, 2011
                              Form ID: pdfPlan          Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
                                                                                              TOTAL: 6

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7399344      ##+HSBC NV,    PO Box 19360,    Portland, OR 97280-0360
7399351      ##+Wells Fargo Financial,    1990 Highland Pike,    Suite 5,    Ft Mitchell, KY 41017-8148
                                                                             TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2011**                        **Signature:**   _/s/ Joseph Speetjens_

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHELDON JOSEPH ROBERTS, JR. | ) | CASE NO. 07-00743-FJO-13 |
| ADINA ANN ROBERTS | ) | |
| | ) | |
| DEBTORS | ) | |

### MOTION TO MODIFY PLAN AFTER CONFIRMATION

Debtors, Sheldon and Adina Roberts, hereby submit their Motion to Modify Plan after Confirmation and in support thereof state as follows:

1. Debtors' Plan was confirmed on May 11, 2007.

2. Debtors wish to modify their Chapter 13 Plan as follows:

    a) Debtors surrender their interest in the property located at 557 Country Road 150 West, Greenburg, IN 47240 to HSBC Bank and Real Time Resolutions, Inc.

3. All other terms of Debtors' confirmed Plan shall remain in full force and effect.

WHEREFORE, Debtors request that they be permitted to amend their Plan pursuant to 11 U.S.C. § 1329.

                                                                         Respectfully submitted,

                                                                         */s/ Keith E. Gifford*
                                                                         Keith E. Gifford
                                                                         Attorney for Debtors

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was served via electronic filing of first-class U.S. Mail, postage prepaid or electronic filing, this 30th day of September 2011, upon the following:

U.S. Trustee, 101 W. Ohio Street, Suite 1000, Indianapolis, IN 46204;
Robert A. Brothers, Trustee, 151 N. Delaware Street, Suite 1400, Indianapolis, IN 46204; and
Sheldon and Adina Roberts, 1404 Kimber Street, Greensburg, IN 47240.

*/s/ Keith E. Gifford*
Keith E. Gifford
REDMAN LUDWIG, P.C.
151 N. Delaware Street
Suite 1106
Indianapolis, IN   46204
(317) 685-2426 – telephone
(317) 636-8686 – fax
kgifford@redmanludwig.com